COMPLAINT BY A PRISONER UNDER THE CIVIL
RIGHTS ACT. 42 U.S.C. 1983.

NAME ___ WEAVER      WILLIE
        (LAST)    (FIRST)   (INITIAL)

PRISONER NUMBER ___ J-91389
INSTITUTIONAL ADDRESS PELICAN BAY
STATE PRISON P.O. BOX 7000 CRESCENT CITY,
CA. 95531.
UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA

CV 08

     WILLIE WEAVER,
(ENTER THE FULL NAME OF
PLAINTIFF IN THIS ACTION)

            VS.
PELICAN BAY STATE
PRISON CORRECTIONAL
OFFICER RICH CREEK

   (ENTER THE FULL NAME
OF DEFENDANT(S) IN THIS
ACTION

CASE NO. ___
TO BE PROVIDED
BY THE CLERK OF
COURT)

COMPLAINT UNDER
THE CIVIL RIGHTS
ACT 42 U.S.C 1983

RECEIVED
- 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(ALL QUESTIONS ON THIS COMPLAINT FORM
MUST BE ANSWERED IN ORDER FOR YOUR
ACTION TO PROCEED..)
I. EXHAUSTION OF ADMINISTRATIVE REMEDIES
   NOTE: YOU MUST EXHAUST YOUR ADMIN-
ISTRATIVE REMEDIES BEFORE CLAIM CAN
GO FORWARD, THE COURT WILL DISSMISS
ANY UNEXHAUSTED CLAIMS)
A. PLACE OF PRESENT CONFINEMENT P.S.4
B. IS THERE A GRIEVANCE PROCEDURE IN
   THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR
COMPLAINT FOR REVIEW THROUGH THE
GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE
   DATE AND RESULT OF THE

COMPLAINT         - 1 -

APPEAL AT EACH LEVEL OF REVIEW, IF YOU did
NOT PURSUE A CERTAIN LEVEL OF APPEAL
EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____
_____
E. IS THE LAST LEVEL TO WHICH YOU
   APPEALED THE HIGHEST LEVEL OF APPEAL
AVAILABLE TO YOU?
        YES ( )   NO (X)
F. IF YOU did NOT PRESENT YOUR CLAIM
FOR REVIEW through THE GRIEVANCE
PROCEDURE.
  EXPLAIN WHY. __ STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT
ADDRESS. DO THE SAME FOR ADDITIONAL
PLAINTIFFS, IF ANY. __ WILLIE WEAVER
__ PELICAN BAY STATE PRISON P.O. BOX __
__ 7000  CRESCENT CITY, CA. 95531 _____
B. WRITE THE FULL NAME OF EACH
 DEFENDANT HIS OR HER PLACE OF
 EMPLOYMENT.
 __ PELICAN BAY STATE PRISON P.O. BOX __
 __ 7000  CRESCENT CITY, CA. 95531. _____
 __ CORRECTIONAL OFFICER RICH CREEK



      COMPLAINT  -2-

STATEMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES. WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

ON 04/08/08  CORRECTIONAL OFFICER DID NOT SIGN FOR CONFIDENTIAL LEGAL MAIL, HE JUST TOOK PLAINTIFF CONFIDENTIAL LEGAL MAIL AND WALKED OFF PLAINTIFF ASK WHY HE DID NOT SIGN HIS CONFIDENT-IAL LEGAL MAIL IN FRONT OF PLAINTIFF, DEFENDANT JUST WALKED OFF, THIS IS HARASSMENT, CONSPIRACY, ON 04/08/08 THE DEFENDANT SHOWED DELIBERATE DIF INDIFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIFF, STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURTS TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: HARRASSMENT, THREATING, CONSPRACY, U.S. CONSTITUTION VIOLATION, PENAL CODE VIOLATIONS.

PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOR GOING IS TRUE AND CORRECT.

SIGNED THIS 05 DAY OF 01 20 08

COMPLAIN                     - 3 -